# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1970. In the Interest of K. L. N. F., a child.**

The Georgia Department of Human Services, appellee herein, has requested that this case be remanded because the order appellee prepared for the Juvenile Court of Murray County was incomplete when signed, and remains incomplete in the record before us. That order is hereby VACATED and the case REMANDED for entry of a complete order. See *In the Interest of D. M.*, 339 Ga. App. 46, 55-56 (2) (a) (793 SE2d 422) (2016) (vacating and remanding juvenile court order for entry of explicit findings of fact and conclusions of law). Upon entry of a proper order, appellant shall have 30 days to appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.